IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES DANIEL BURRELL, )
)
    Petitioner, )
v. ) Civil Action No. 3:16CV122–HEH
)
DAVID ZOOK, )
)
    Respondent. )

## FINAL ORDER
(Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. Burrell's objections are OVERRULED;
2. The Report and Recommendation (ECF No. 20) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 9) is GRANTED;
4. Burrell's claims and the action are DISMISSED; and,
5. A certificate of appealability is DENIED.

Should Burrell desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Burrell and counsel of record.

It is so ORDERED.

                                                  /s/
                                        HENRY E. HUDSON
Date: Nov. 30, 2016                  UNITED STATES DISTRICT JUDGE
Richmond, Virginia